**DIVEGLIA, C.**

v.

**OOR (PSP)**

**1378 CD 2016**

Commonwealth Court of Pennsylvania.

09/01/2017

Office of Open Records, AP 2016–0923

Vacated/Remanded

**SCHIAVO, W.**

v.

**UCBR**

**1880 CD 2016**

Commonwealth Court of Pennsylvania.

09/01/2017

Unemployment Compensation Board of Review, B–593241

Affirmed

**PODEST, J.**

v.

**WCAB (GENERAL DYNAMICS)**

**1785 CD 2016**

Commonwealth Court of Pennsylvania.

09/01/2017

Workers' Compensation Appeal Board, A16–0435

Affirmed

**WEI, M.**

v.

**SCSC (Dept. of Health)**

**1902 CD 2016**

Commonwealth Court of Pennsylvania.

09/01/2017

State Civil Service Commission, Appeal No. 25485

Affirmed